# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  April 25, 2022

Ms. Pamela Abbate-Dattilo
Fredrikson & Byron
200 S. Sixth Street, Suite 4000 Pillsbury Center
Minneapolis, MN 55402

Ms. Robin D. Miller
5325 Deerfield Boulevard
Mason, OH 45040

Mr. Matthew Wiles
Dinsmore & Shohl
191 W. Nationwide Boulevard, Suite 300
Columbus, OH 43215

Re:  Case No. 22-3377, *Total Quality Logistics, LLC v. Traffic Tech, Incorporated, et al*
Originating Case No. : 1:21-cv-00714

Dear Counsel,

   This appeal has been docketed as case number **22-3377** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **May 9, 2022**.  Additionally, ***the transcript order must be completed by that date.***  For further information and instructions on ordering transcript electronically, please visit the court's website.

|             |                                                          |
|-------------|----------------------------------------------------------|
| Appellant:  | Appearance of Counsel                                    |
|             | Civil Appeal Statement of Parties & Issues               |
|             | Disclosure of Corporate Affiliations                     |
|             | Application for Admission to 6th Circuit Bar (if applicable) |

|             |                                                          |
|-------------|----------------------------------------------------------|
| Appellee:   | Appearance of Counsel                                    |
|             | Disclosure of Corporate Affiliations                     |
|             | Application for Admission to 6th Circuit Bar (if applicable) |

   More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Leon T. Korotko
Case Manager
Direct Dial No. 513-564-7069

cc:  Mr. Lukas S. Boehning

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 22-3377**

TOTAL QUALITY LOGISTICS, LLC

      Plaintiff - Appellee

v.

TRAFFIC TECH, INCORPORATED; NICKOLAS J. DUGGER

      Defendants - Appellants